FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE ASKEW, | NO. CV 00-13264-RSWL (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT AYERS, JR., | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Feb 5 2008 .

RONALD S.W. LEW
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE